IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 16-cv-01796-RPM

COLLEY FISHER,

    Plaintiff,
v.

THE CITY AND COUNTY OF DENVER,

    Defendant.

_____

## FINAL JUDGMENT
_____

Pursuant to and in accordance with the jury's verdict on January 16, 2019 [Doc. 107] awarding emotional distress damages of $146,000 and the stipulation for economic losses in the amount of $485,000 [Doc. 112], it is

ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Colley Fisher and against Defendant The City and County of Denver in the amount of $631,000, together with post-judgment interest at the rate of 2.52% and costs upon the filing of a bill of costs within fourteen days.

DATED:  March 19, 2019

                              FOR THE COURT:

                              JEFFREY P. COLWELL, Clerk

                                      s/M. V. Wentz
                              By_____
                                         Deputy