IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 16-cv-01796-RPM

COLLEY FISHER,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

    Defendant.

_____

## AMENDED FINAL JUDGMENT
_____

Pursuant to the Order for Amended Final Judgment entered by Senior Judge Richard P. Matsch on April 16, 2019, it is

ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Colley Fisher and against Defendant The City and County of Denver in the amount of $1,206,000.00, including prejudgment interest, total amount of costs, and attorney's fees.

DATED:  April 16, 2019

                        FOR THE COURT:

                        JEFFREY P. COLWELL, Clerk

                            s/M. V. Wentz
                        By_____
                                Deputy